UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Amgen Manufacturing, Limited; Immunex Rhode Island Corporation; and Amgen USA Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> The Trustees of Columbia University in the City of New York, a New York corporation, <br><br> Defendant. | No. 04 12626 MLW |

**AMGEN MANUFACTURING, LIMITED; IMMUNEX RHODE ISLAND CORPORATION; AND AMGEN USA, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.3, plaintiffs hereby make the following corporate disclosures: The parent corporation of Amgen Manufacturing, Limited is Amgen Technology Limited. The parent corporation of Immunex Rhode Island Corporation is Immunex Corporation. The parent corporation of Amgen USA Inc. is Amgen Inc.

> AMGEN MANUFACTURING, LIMITED;
> IMMUNEX RHODE ISLAND CORPORATION;
> and AMGEN USA INC.
> By their attorneys,
>
> _/s/ Eileen M. Herlihy_
> Eileen M. Herlihy (BBO #231410)
> PALMER & DODGE LLP
> 111 Huntington Avenue at Prudential Center
> Boston, MA 02199-7613
> Telephone: (617) 239-0100
> Facsimile: (617) 227-4400