UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

AMGEN MANUFACTURING, LIMITED; IMMUNEX RHODE ISLAND CORPORATION, and AMGEN USA, INC.,

      Plaintiffs,

-against-

THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, A NEW YORK CORPORATION,

      Defendant.

Civil Action No. 04-12626 (MLW)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                ss.:
COUNTY OF NEW YORK  )

BRENDAN HICKEY, being duly sworn, deposes and says:

    1.    I am over eighteen years of age, employed by Pillsbury Winthrop, LLP, and not a party to this action.

    2.    On December 15, 2004, I served the Summons, dated December 15, 2004, Complaint, dated December 15, 2004, together with exhibits thereto, Rule 7.1 Statement, and Civil Cover Sheet, upon:

        The Trustees of Columbia University in the City of New York,
                a New York Corporation
                535 West 116th Street
                New York, NY 10027-6902

by delivering and leaving true copies of same with Ms. Carmen Nieves, Secretary to the General Counsel and a person who expressed to me that she was duly authorized to accept such service on behalf of the Trustees of Columbia University in the City of New York, and would do so.

3. I would describe Ms. Nieves as an Hispanic female about 35 years of age. She stood about 5 feet 8 inches tall and weighed about 140 pounds. She had black hair and dark eyes and was wearing glasses at the time of service.

BRENDAN HICKEY

Sworn to before me this
16th day of December, 2004

Notary Public

ROBERT T. WESTROM
Notary Public, State of New York
No. 01-WE4919195
Qualified in Richmond County
Certificate Filed in New York County
Commission Expires Feb. 28, 2006