UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN MANUFACTURING, LIMITED; ) <br> IMMUNEX RHODE ISLAND COROPORATION; ) <br> AND AMGEN USA, INC., ) <br> ) <br>                 Plaintiffs, ) <br> ) <br>    vs. ) <br> ) <br> THE TRUSTEES OF COLUMBIA UNIVERSITY ) <br> IN THE CITY OF NEW YORK, A NEW YORK ) <br> CORPORATION, ) <br> ) <br>                Defendant. ) | No. 04-12626 (MLW) |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter my appearance as attorney for the Defendant, The Trustees of

Columbia University in the City of New York ("Columbia") in the above-captioned

matter.

Respectfully submitted,

THE TRUSTEES OF COLUMBIA
UNIVERSITY IN THE CITY OF NEW
YORK
By its attorneys,

/s/ Thomas F. Maffei

Thomas F. Maffei, Esq. (BBO#313220)
Scott McConchie, Esq. (BBO# 634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA  02210-2600
(617) 542-9900

Dated:  January 4, 2005