UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMGEN MANUFACTURING, LIMITED; )
IMMUNEX RHODE ISLAND COROPORATION; )
AND AMGEN USA, INC., )
)
        Plaintiffs, )
)
vs. ) No. 04-12626 (MLW)
)
THE TRUSTEES OF COLUMBIA UNIVERSITY )
IN THE CITY OF NEW YORK, A NEW YORK )
CORPORATION, )
)
        Defendant. )

## **AFFIDAVIT OF WAYNE M. BARSKY, ESQ.**

Wayne M. Barsky, upon oath, deposes and says as follows:

1    I am an attorney licensed to practice law in the State of California. I am a partner in the law firm of Gibson Dunn & Crutcher, LLP in Los Angeles, California. I submit this Affidavit in Support of a Motion for Admission *Pro Hac Vice*.

2.    I am a member of the bar of the State of California.

3.    I am a member in good standing in all jurisdictions where I have been admitted to practice.

5.    There are no disciplinary proceedings pending against me in any jurisdiction.

- 2 -

6.    I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 29th day of December, 2004.

_____
Wayne M. Barsky