UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN MANUFACTURING, LIMITED; )<br>IMMUNEX RHODE ISLAND COROPORATION; )<br>AND AMGEN USA, INC., )<br> )<br>Plaintiffs, )<br> )<br>vs. )<br> )<br>THE TRUSTEES OF COLUMBIA UNIVERSITY )<br>IN THE CITY OF NEW YORK, A NEW YORK )<br>CORPORATION, )<br> )<br>Defendant. )<br>_____ ) | No. 04-12626 (MLW) |

**ASSENTED-TO MOTION FOR ADMISSION
*PRO HAC VICE* OF WAYNE M. BARSKY**

Pursuant to Local Rule 83.5.3(b), Thomas Maffei, a member of the bar of this Court,

hereby moves this Court for an order allowing Wayne M. Barsky to appear in this matter on

behalf of The Trustees of Columbia University in the City of New York ("Columbia"). As

grounds for this motion, the undersigned relies upon the affidavit of Attorney Barsky (submitted

herewith) and states as follows:

1      Attorney Barsky is a partner in the law firm of Gibson Dunn & Crutcher LLP

("Gibson Dunn"), in that firm's Los Angeles office.

2.      Attorney Barsky is a member of the bar of the State of California.

2.      Attorney Barsky is a member in good standing in all jurisdictions where he has

been admitted to practice.

3.      There are no disciplinary proceedings pending against Attorney Barsky in any

jurisdiction.

4.      Attorney Barsky is familiar with the Local Rules of the United States District

Court for the District of Massachusetts.

5.    Counsel for Columbia has raised this matter with counsel for the plaintiffs and plaintiffs' counsel assent to this motion.

WHEREFORE, Thomas Maffei hereby requests that this Court admit Attorney Barsky to appear for Columbia in this matter, and to add Attorney Barsky to the Court's distribution list. Attorney Barsky's email address is WBarsky@gibsondunn.com. His mailing address is Gibson Dunn & Crutcher LLP , 2029 Century Park East, Suite 4100, Los Angeles, California 90067.

Respectfully submitted,

/s/ Thomas Maffei

_____

Thomas Maffei (BBO # 313220)
Scott McConchie (BBO# 634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA  02210-2600
(617) 542-9900
(617) 542-0900 (fax)

DATED:  January 4, 2005