UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

AMGEN MANUFACTURING, LIMITED; )
IMMUNEX RHODE ISLAND COROPRATION; )
AND AMGEN USA, INC., )
)
        Plaintiffs, )
)
vs. )   No. 04-12626 (MLW)
)
THE TRUSTEES OF COLUMBIA UNIVERSITY )
IN THE CITY OF NEW YORK, A NEW YORK
CORPORATION, )
)
        Defendant. )

### AFFIDAVIT OF AMANDA TESSAR, ESQ.

Amanda Tessar, upon oath, deposes and says as follows:

1    I am an attorney licensed to practice law in the State of Colorado. I am an associate in the law firm of Gibson Dunn & Crutcher LLP in Denver, Colorado. I submit this Affidavit in Support of a Motion for Admission *Pro Hac Vice*.

2.    I am a member of the bar of the State of Colorado and am registered to practice before United States Patent and Trademark Office.

3.    I am a member in good standing in all jurisdictions where I have been admitted to practice.

5.    There are no disciplinary proceedings pending against me in any jurisdiction.

- 2 -

6. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 29th day of December, 2004.

_____
Amanda Tessar