UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN MANUFACTURING, LIMITED; IMMUNEX RHODE ISLAND COROPORATION; AND AMGEN USA, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, A NEW YORK CORPORATION,<br><br>Defendant. | No. 04-12626 (MLW) |

## ASSENTED-TO MOTION FOR ADMISSION
## *PRO HAC VICE* OF AMANDA TESSAR

Pursuant to Local Rule 83.5.3(b), Thomas Maffei, a member of the bar of this Court, hereby moves this Court for an order allowing Amanda Tessar to appear in this matter on behalf of The Trustees of Columbia University in the City of New York ("Columbia"). As grounds for this motion, the undersigned relies upon the affidavit of Attorney Tessar (submitted herewith) and states as follows:

1. Attorney Tessar is an attorney with the firm of Gibson Dunn & Crutcher LLP ("Gibson Dunn"), in that firm's Denver office.

2. Attorney Tessar is a member of the bar of the State of Colorado and is registered to practice before United States Patent and Trademark Office.

2. Attorney Tessar is a member in good standing in all jurisdictions where she has been admitted to practice.

3. There are no disciplinary proceedings pending against Attorney Tessar in any jurisdiction.

4. Attorney Tessar is familiar with the Local Rules of the United States District

Court for the District of Massachusetts.

5. Counsel for Columbia has raised this matter with counsel for the plaintiffs and plaintiffs' counsel assent to this motion.

WHEREFORE, Thomas Maffei hereby requests that this Court admit Attorney Tessar to appear for Columbia in this matter, and to add Attorney Tessar to the Court's distribution list. Attorney Tessar's email address is ATessar@gibsondunn.com. Her mailing address is 1801 California Street, Suite 4100, Denver, Colorado 80202.

                                          Respectfully submitted,

                                          /s/ Thomas Maffei

                                          Thomas Maffei (BBO # 313220)
                                          Scott McConchie (BBO# 634127)
                                          Griesinger, Tighe & Maffei, LLP
                                          176 Federal Street
                                          Boston, MA  02210-2600
                                          (617) 542-9900
                                          (617) 542-0900 (fax)

DATED: January 4, 2005