UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Amgen Manufacturing, Limited; Immunex Rhode Island Corporation; and Amgen USA, Inc.,<br><br>Plaintiffs,<br><br>vs.<br><br>The Trustees of Columbia University in the City of New York, a New York corporation,<br><br>Defendant. | Civil Action No. 04-12626 (MLW) |

# MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION AND CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7-1(d)

Dated: January 4, 2005

        Thomas F. Maffei (BBO #313220)
        Scott McConchie (BBO #634127)
        Griesinger, Tighe & Maffei, LLP
        176 Federal Street
        Boston, MA  02210-2600
        (617) 542-9900
        (617) 542-0900 (fax)

        Attorneys for the Trustees of Columbia University in the City of New York

Of Counsel:    Wayne M. Barsky
        Amanda Tessar
        Gibson, Dunn & Crutcher LLP
        2029 Century Park East
        Los Angeles, CA 90067-3026
        (310) 552-8500
        (310) 551-8741 (fax)

Defendant The Trustees of Columbia University in the City of New York ("Columbia") hereby moves this Court for an order dismissing all Plaintiffs' claims for relief under Rule 12(b)(1) of the Federal Rules of Civil Procedure on the grounds that this Court does not have subject matter jurisdiction over them.  This motion is based on the concurrently filed Memorandum and the exhibits thereto, all documents on file with the Court in this action and the multidistrict litigation styled *In re Columbia University Patent Litigation*, MDL No. 1592 (MLW) (D. Mass.), any other oral or documentary evidence as may be presented, and such other matters of which the Court may properly take judicial notice.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7-1(d), oral argument is hereby requested.

Dated: January 4, 2005

                                              Respectfully submitted,

                                              THE TRUSTEES OF COLUMBIA UNIVERSITY
                                              IN THE CITY OF NEW YORK

                                              By its attorneys,

                                               /s/ Thomas F. Maffei
                                              Thomas F. Maffei (BBO #313220)
                                              Scott McConchie (BBO #634127)
                                              Griesinger, Tighe & Maffei, LLP

Of Counsel:

Wayne M. Barsky
Amanda Tessar
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, California 90067-3026
(310) 552-8500
(310) 551-8741 (fax)

1

2

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7-1(d)

      I hereby certify that, on January 3, 2005, Wayne Barsky and Amanda Tessar (counsel for Columbia) conferred with Vicki Norton and Kirke Hasson (counsel for Plaintiffs) by phone regarding the relief sought by this motion. Plaintiffs do not consent to the relief sought herein.

Dated: January 4, 2005

                                          /s/ Thomas F. Maffei
                                          Thomas F. Maffei (BBO #313220)
                                          Scott McConchie (BBO #634127)
                                          Griesinger, Tighe & Maffei, LLP

Of Counsel:

Wayne M. Barsky
Amanda Tessar
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, California 90067-3026
(310) 552-8500
(310) 551-8741 (fax)