UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Amgen Manufacturing, Limited; Immunex Rhode Island Corporation; and Amgen USA, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> The Trustees of Columbia University in the City of New York, a New York corporation, <br><br> Defendant. | Civil Action No. 04-12626 (MLW) |

**RULE 7.1 DISCLOSURE STATEMENT**

  Defendant The Trustees of Columbia University in the City of New York is a nonprofit New York corporation. It does not issue stock, has no parent entities, and has no publicly-held entities that owns ten percent or more of it.

1

Dated: January 4, 2005

                                    Respectfully submitted,

                                    THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK

                                    By its attorneys,

                                    /s/ Thomas F. Maffei

                                    Thomas F. Maffei (BBO #313220)
Scott McConchie (BBO #634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA  02210-2600
(617) 542-9900
(617) 542-0900 (fax)

                                    Attorneys for the Trustees of Columbia University
in the City of New York

Of Counsel:

Wayne M. Barsky
Amanda Tessar
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, California 90067-3026
(310) 552-8500
(310) 551-8741 (fax)