UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Amgen Manufacturing, Limited; Immunex Rhode Island Corporation; and Amgen USA, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> The Trustees of Columbia University in the City of New York, a New York corporation, <br><br> Defendant. | Civil Action No. 04-12626 (MLW) |

**ASSENTED TO MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF COLUMBIA UNIVERSITY'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Pursuant to Local Rule 7.1(b)(3), Columbia University hereby requests leave of the Court to file a Reply Memorandum in support of Columbia's Motion to Dismiss for Lack of Subject Matter Jurisdiction. The Reply Memorandum has been filed concurrently herewith. Among other things, the Reply Memorandum is necessary to address and respond to issues raised in Amgen Manufacturing, Ltd.; Immunex Rhode Island Corp.; and Amgen USA, Inc.'s (collectively "the Affiliates") Opposition. The Reply Memorandum is also necessary in light of a new Federal Circuit opinion that is directly on point, *Teva Pharms. USA, Inc. v. Pfizer, Inc.*, -- F.3d --, 2005 WL 119890 (Fed. Cir. 2005), which the court issued *after* Columbia filed its Motion to Dismiss. Accordingly, Columbia believes that the Reply Memorandum will assist the Court in reaching a decision on the pending Motion to Dismiss for Lack of Subject Matter Jurisdiction. The Affiliates do not oppose the filing of Columbia's Reply Memorandum.

Dated: February 1, 2005

        Respectfully submitted,

        THE TRUSTEES OF COLUMBIA UNIVERSITY
        IN THE CITY OF NEW YORK

        By its attorneys,

        /s/ Wayne M. Barsky

        Thomas F. Maffei (BBO #313220)
        Scott McConchie (BBO #634127)
        Griesinger, Tighe & Maffei, LLP

        Wayne M. Barsky
        Amanda Tessar
        Jacqueline G. Curnutte
        Gibson, Dunn & Crutcher LLP

60119169_1.DOC