UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Amgen Manufacturing, Limited; Immunex Rhode Island Corporation; and Amgen USA, Inc., <br><br> Plaintiffs, <br><br> vs. <br><br> The Trustees of Columbia University in the City of New York, a New York corporation, <br><br> Defendant. | Civil Action No. 04-12626 (MLW) |

**COLUMBIA'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SURREPLY REGARDING SUBJECT MATTER JURISDICTION**

Latching on to the Federal Circuit's recent decision *Teva Pharmaceuticals USA, Inc. v. Pfizer, Inc.*, No. 04-1186, 2005 WL 119890 (Fed. Cir. Jan. 21, 2005) (*Teva*), which holds that a patent declaratory judgment plaintiff must be under threat of "imminent" suit, the Affiliates seek leave to file a surreply brief. Because *Teva* does not represent a change in the applicable law, because Columbia argued this exact standard of "imminence" in its moving papers,[1] and because the Affiliates have already responded at great length to this argument in its opposition,[2] leave should be denied.

---

[1]  *See* Memorandum of Law in Support of Columbia's Motion to Dismiss for Lack of Subject Matter Jurisdiction, at, *e.g.*, pp. 8 & 12.

[2]  *See* Plaintiffs' Memorandum in Opposition to Defendant's Motion to Dismiss, at 14-15; *compare* cases cited at p.2 of the Affiliates' proposed surreply with cases cited at 14-15 of the Affiliates' opposition brief.

Even though the facts of *Teva* are plainly analogous to those here, Columbia cited *Teva* in its reply brief more for its confirmation of the general standard of justiciability applicable to all patent declaratory judgment actions than for its facts:

> In order for this case to be one fit for judicial review, [Plaintiff] must be able to demonstrate that it has a reasonable apprehension of *imminent* suit.

*Id.* at *8 (emphasis in original). None of the factual or legal points raised in the Affiliates' proposed surreply alter this well-established standard.

Columbia therefore respectfully requests that this Court deny the Affiliates' motion for leave to file a surreply.

Dated: February 18, 2005

Respectfully submitted,

THE TRUSTEES OF COLUMBIA UNIVERSITY
IN THE CITY OF NEW YORK

By its attorneys,

 /s/ Amanda Tessar
Wayne M. Barsky
Amanda Tessar
Jacqueline G. Curnutte
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, California 90067-3026
(310) 552-8500
(310) 551-8741 (fax)

Thomas F. Maffei (BBO #313220)
Scott McConchie (BBO #634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02210-2600
(617) 542-9900
(617) 542-0900 (fax)

60119601_4.DOC

2