UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE
2005 FEB 15  P 4: 13
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AMGEN MANUFACTURING, LIMITED; IMMUNEX RHODE ISLAND CORPORATION; AND AMGEN USA INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, A NEW YORK CORPORATION, <br><br> Defendant. | NO. 04-12626 MLW <br><br> JUDGE MARK L. WOLF |

### ASSENTED-TO MOTION FOR ADMISSION OF LARA J. PAYNE
### *PRO HAC VICE*

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, Eileen M. Herlihy, a member of the bar of this Court, moves that:

Lara J. Payne, a member of the bar of the State of California, be granted leave to appear and practice in this Court in the above-entitled action.

Accompanying this Motion is the Affidavit of Lara J. Payne attesting that: (1) she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of

the bar in any jurisdiction; and (3) she is familiar with the local Rules of the United States District Court for the District of Massachusetts.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that on January 19, 2005 plaintiffs' counsel, Eileen M. Herlihy, conferred with defendant's counsel and defendant's counsel assented to this Motion.

> AMGEN MANUFACTURING, LIMITED;
> IMMUNEX RHODE ISLAND CORPORATION;
> AND AMGEN USA INC.
> By their attorney,
>
> _____
> Eileen M. Herlihy (BBO #231410)
> PALMER & DODGE LLP
> 111 Huntington Avenue
> Boston, MA 02199
> eherlihy@palmerdodge.com
> (617) 239-0100

February 15, 2005