UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS



| | |
|---|---|
| AMGEN MANUFACTURING, LIMITED; IMMUNEX RHODE ISLAND CORPORATION; AND AMGEN USA INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, A NEW YORK CORPORATION, <br><br> Defendant. | NO. 04-12626 MLW <br><br> JUDGE MARK L. WOLF |

## AFFIDAVIT OF LARA J. PAYNE

I, Lara J. Payne, state as follows:

1. I submit this affidavit in support of the motion that I be permitted to appear *pro hac vice* in this case on behalf of the plaintiffs, Amgen Manufacturing, Limited; Immunex Rhode Island Corporation; and Amgen USA, Inc.

2. I am an associate at the law firm of Wilson Sonsini Goodrich & Rosati 12235 El Camino Real, Suite 200, San Diego, CA 92130.

3. I am an active member of the bar of the State of California having been admitted in 2001.

4. I am also admitted to practice before the United States District Courts for the Southern and Northern Districts of California.

5. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

6. There are no disciplinary proceedings against me in any jurisdiction.

7. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 20th day of January, 2005.

_____
Lara J. Payne