UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AMGEN MANUFACTURING, LIMITED; IMMUNEX RHODE ISLAND CORPORATION; AND AMGEN USA INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, A NEW YORK CORPORATION, <br><br> Defendant. | NO. 04-12626 MLW <br><br> JUDGE MARK L. WOLF |

FILED
IN CLERKS OFFICE
2005 FEB 15 P 4: 13
U.S. DISTRICT COURT
DISTRICT OF MASS.

## AFFIDAVIT OF KIRKE M. HASSON

I, Kirke M. Hasson, state as follows:

1. I submit this affidavit in support of the motion that I be permitted to appear *pro hac vice* in this case on behalf of the plaintiffs, Amgen Manufacturing, Limited; Immunex Rhode Island Corporation; and Amgen USA, Inc..

2. I am a partner at the law firm of Pillsbury Winthrop LLP, 50 Fremont Street, San Francisco, CA 94105.

3. I am an active member of the bar of the State of California having been admitted in 1974.

5. I am also admitted to United States Supreme Court; all Federal courts in California; and the Second, Fifth and Ninth Circuit Courts of Appeals.

- 2 -

6. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

7. There are no disciplinary proceedings against me in any jurisdiction.

8. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 11th day of February, 2005.

_____
Kirke M. Hasson