UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE

2005 FEB 15 P 4: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AMGEN MANUFACTURING, LIMITED; IMMUNEX RHODE ISLAND CORPORATION; AND AMGEN USA INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, A NEW YORK CORPORATION, <br><br> Defendant. | NO. 04-12626 MLW <br><br> JUDGE MARK L. WOLF |

### ASSENTED-TO MOTION FOR ADMISSION OF MONIQUE L. CORDRAY *PRO HAC VICE*

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, Eileen M. Herlihy, a member of the bar of this Court, moves that:

Monique L. Cordray, a member of the bars of the States of California and Florida, the District of Columbia, the Southern, Central, Northern and Eastern District of California, and the U.S. Patent and Trademark Office, be granted leave to appear and practice in this Court in the above-entitled action.

Accompanying this Motion is the Affidavit of Monique L. Cordray attesting that: (1) she is a member of the bar in good standing in every jurisdiction where she has been

admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and (3) she is familiar with the local Rules of the United States District Court for the District of Massachusetts.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that on January 19, 2005 plaintiffs' counsel, Eileen M. Herlihy, conferred with defendant's counsel and defendant's counsel assented to this Motion.

AMGEN MANUFACTURING, LIMITED;
IMMUNEX RHODE ISLAND CORPORATION;
AND AMGEN USA INC.
By their attorneys,

_____
Eileen M. Herlihy (BBO #231410)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
eherlihy@palmerdodge.com
(617) 239-0100

February 15, 2005

- 2 -