UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN MANUFACTURING, LIMITED; IMMUNEX RHODE ISLAND CORPORATION; AND AMGEN USA INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, A NEW YORK CORPORATION, <br><br> Defendant. | NO. 04-12626 MLW <br><br> JUDGE MARK L. WOLF |

## **AFFIDAVIT OF MONIQUE L. CORDRAY**

I, Monique L. Cordray, state as follows:

1.  I submit this affidavit in support of the motion that I be permitted to appear *pro hac vice* in this case on behalf of the plaintiffs, Amgen Manufacturing, Limited; Immunex Rhode Island Corporation; and Amgen USA, Inc..

2.  I am the Senior Associate General Counsel for Amgen Inc., One Amgen Center Drive, Thousand Oaks, California 91320.

3.  I am an active member of the bar of the State of California having been admitted in 1996.

4.  I am an inactive member of the bars of Florida, admitted in 1989, and the District of Columbia, admitted in 1991.

5.      I am also admitted to Southern, Central, Northern and Eastern District of California, and the U.S. Patent and Trademark Office.

6.      I am a member in good standing in every jurisdiction in which I have been admitted to practice.

7.      There are no disciplinary proceedings against me in any jurisdiction.

8.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 19th day of January, 2005.

_____
Monique L. Cordray