UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 15  P 4: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AMGEN MANUFACTURING, LIMITED; IMMUNEX RHODE ISLAND CORPORATION; AND AMGEN USA INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, A NEW YORK CORPORATION, <br><br> Defendant. | NO. 04-12626 MLW <br><br> JUDGE MARK L. WOLF |

## ASSENTED-TO MOTION FOR ADMISSION OF SIEGMUND Y. GUTMAN
## *PRO HAC VICE*

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, Eileen M. Herlihy, a member of the bar of this Court, moves that:

Siegmund Y. Gutman, a member of the bar of the State of Illinois and the U.S. Patent and Trademark Office, be granted leave to appear and practice in this Court in the above-entitled action.

Accompanying this Motion is the Affidavit of Siegmund Y. Gutman attesting that: (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceedings pending against him

as a member of the bar in any jurisdiction; and (3) he is familiar with the local Rules of the United States District Court for the District of Massachusetts.

### **LOCAL RULE 7.1(A)(2) CERTIFICATION**

I hereby certify that on January 19, 2005 plaintiffs' counsel, Eileen M. Herlihy, conferred with defendant's counsel and defendant's counsel assented to this Motion.

AMGEN MANUFACTURING, LIMITED;
IMMUNEX RHODE ISLAND CORPORATION;
AND AMGEN USA INC.
By their attorney,

_/s/ Eileen M. Herlihy_
Eileen M. Herlihy (BBO #231410)
PALMER & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
eherlihy@palmerdodge.com
(617) 239-0100

February 15, 2005