UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 15 P 4: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AMGEN MANUFACTURING, LIMITED; IMMUNEX RHODE ISLAND CORPORATION; AND AMGEN USA INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, A NEW YORK CORPORATION, <br><br> Defendant. | NO. 04-12626 MLW <br><br> JUDGE MARK L. WOLF |

## AFFIDAVIT OF SIEGMUND Y. GUTMAN

I, Siegmund Y. Gutman, state as follows:

1. I submit this affidavit in support of the motion that I be permitted to appear *pro hac vice* in this case on behalf of the plaintiffs, Amgen Manufacturing, Limited; Immunex Rhode Island Corporation; and Amgen USA, Inc..

2. I am Senior Counsel for Amgen Inc., One Amgen Center Drive, Thousand Oaks, California 91320.

3. I am an active member of the bar of the State of Illinois having been admitted in 1997.

4. I am also admitted to the U.S. Patent and Trademark Office.

- 2 -

5.  I am a member in good standing in every jurisdiction in which I have been admitted to practice.

6.  There are no disciplinary proceedings against me in any jurisdiction.

7.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 19th day of January, 2005.

_____
Siegmund Y. Gutman