UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 15 P 4: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AMGEN MANUFACTURING, LIMITED; IMMUNEX RHODE ISLAND CORPORATION; AND AMGEN USA INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, A NEW YORK CORPORATION,<br><br>Defendant. | NO. 04-12626 MLW<br><br>JUDGE MARK L. WOLF |

## ASSENTED-TO MOTION FOR ADMISSION OF VICKI G. NORTON
### *PRO HAC VICE*

Pursuant to Rule 83.5.3(b) of the Local Rules of the United States District Court for the District of Massachusetts, Eileen M. Herlihy, a member of the bar of this Court, moves that:

Vicki G. Norton, a member of the bar of the State of California, Southern, Central and Northern District of California, Court of Appeals for the Ninth Circuit, Court of Appeals for the Federal Circuit, United States Supreme Court and the U.S. Patent and Trademark Office, be granted leave to appear and practice in this Court in the above-entitled action.

Accompanying this Motion is the Affidavit of Vicki G. Norton attesting that: (1) she is a member of the bar in good standing in every jurisdiction where she has been admitted to practice; (2) there are no disciplinary proceedings pending against her as a member of the bar in any jurisdiction; and (3) she is familiar with the local Rules of the United States District Court for the District of Massachusetts.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I hereby certify that on January 19, 2005 plaintiffs' counsel, Eileen M. Herlihy, conferred with defendant's counsel and defendant's counsel assented to this Motion.

>   AMGEN MANUFACTURING, LIMITED;
>   IMMUNEX RHODE ISLAND CORPORATION;
>   AND AMGEN USA INC.
>   By their attorney,
>
>   _____
>   Eileen M. Herlihy (BBO #231410)
>   PALMER & DODGE LLP
>   111 Huntington Avenue
>   Boston, MA 02199
>   eherlihy@palmerdodge.com
>   (617) 239-0100

February 15, 2005