UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 FEB 15 P 4: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| AMGEN MANUFACTURING, LIMITED; IMMUNEX RHODE ISLAND CORPORATION; AND AMGEN USA INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, A NEW YORK CORPORATION, <br><br> Defendant. | NO. 04-12626 MLW <br><br> JUDGE MARK L. WOLF |

## AFFIDAVIT OF VICKI G. NORTON

I, Vicki G. Norton, state as follows:

1. I submit this affidavit in support of the motion that I be permitted to appear *pro hac vice* in this case on behalf of the plaintiffs, Amgen Manufacturing, Limited; Immunex Rhode Island Corporation; and Amgen USA, Inc..

2. I am a partner at the law firm of Wilson Sonsini Goodrich & Rosati 12235 El Camino Real, Suite 200, San Diego, CA 92130.

3. I am an active member of the bar of the State of California, having been admitted in 1994.

4.  I am also admitted to practice before the United States District Courts for the Southern, Central and Northern Districts of California, the Courts of Appeals for the Ninth and Federal Circuits, and the United States Supreme Court.

5.  I am a member in good standing in every jurisdiction in which I have been admitted to practice.

6.  There are no disciplinary proceedings against me in any jurisdiction.

7.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 20th day of January, 2005.

_____
Vicki G. Norton