UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN MANUFACTURING, LIMITED; IMMUNEX RHODE ISLAND CORPORATION; AND AMGEN USA INC.,<br><br>Plaintiffs,<br><br>vs.<br><br><br>THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, A NEW YORK CORPORATION,<br><br>Defendant. | NO. 04-12626 MLW<br><br><br>JUDGE MARK L. WOLF |

## NOTICE OF CHANGE OF FIRM NAME

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective April 4, 2005, the law firm of Pillsbury Winthrop LLP has changed its name to Pillsbury Winthrop Shaw Pittman LLP.

Dated: April 15, 2005

Respectfully submitted,

IMMUNEX CORPORATION, a Washington Corporation and AMGEN INC., a Delaware Corporation
By their attorneys,

  /s/ Eileen M. Herlihy

EILEEN M. HERLIHY (BBO #231410)
Palmer & Dodge LLP
111 Huntington Avenue at Prudential Center
Boston, MA  02199-7613
Telephone:  (617) 239-0100
Facsimile:   (617) 227-4400

KIRKE M. HASSON (CA #61446)
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228
Telephone:  (415) 983-1000
Facsimile:   (415) 983-1200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of NOTICE OF CHANGE OF FIRM NAME has been served by email on this 15th day of April, 2005.

_Renée A. Coshin_
Renée A. Coshin, Paralegal

Thomas F. Maffei (BBO # 313220)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02210-2600
tmaffei@gtmllp.com
Telephone:  (617) 542-9900
Facsimile:  (617) 542-0900

Wayne M. Barsky
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA 90067-3026
wbarsky@gibsondunn.com
Telephone:  (310) 552-8500
Facsimile:  (310) 551-8741

Amanda Tessar
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4100
Denver, CO 80202
atessar@gibsondunn.com
Telephone:  (303) 298-5700
Facsimile:  (303) 296-5310
Attorneys for THE TRUSTEES OF
COLUMBIA UNIVERSITY IN THE CITY
OF NEW YORK, *a New York Corporation*