UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMGEN MANUFACTURING, LIMITED; IMMUNEX RHODE ISLAND CORPORATION; AND AMGEN USA INC.,<br><br>     **Plaintiffs,**<br><br> vs.<br><br><br>**THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, A NEW YORK CORPORATION,**<br><br>     **Defendant.** | NO. 04-12626 MLW<br><br>JUDGE MARK L. WOLF |

## NOTICE OF CHANGE OF FIRM NAME

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective April 4, 2005, the law firm of Pillsbury Winthrop LLP has changed its name to Pillsbury Winthrop Shaw Pittman LLP.

Dated: April 15, 2005    Respectfully submitted,

              AMGEN MANUFACTURING LIMITED; IMMUNEX
              RHODE ISLAND CORPORATION; AND AMGEN
              USA INC.
              By their attorneys,

               /s/ Eileen M. Herlihy

              EILEEN M. HERLIHY (BBO #231410)
              Palmer & Dodge LLP
              111 Huntington Avenue at Prudential Center
              Boston, MA  02199-7613
              Telephone:  (617) 239-0100
              Facsimile:  (617) 227-4400

              KIRKE M. HASSON (CA #61446)
              Pillsbury Winthrop Shaw Pittman LLP
              50 Fremont Street
              San Francisco, CA  94105-2228
              Telephone:  (415) 983-1000
              Facsimile:  (415) 983-1200

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of NOTICE OF CHANGE OF FIRM NAME has been served by email on this 15th day of April, 2005.

_____
Renée A. Coshin, Paralegal

Thomas F. Maffei (BBO # 313220)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02210-2600
tmaffei@gtmllp.com
Telephone: (617) 542-9900
Facsimile: (617) 542-0900

Wayne M. Barsky
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA 90067-3026
wbarsky@gibsondunn.com
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

Amanda Tessar
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4100
Denver, CO 80202
atessar@gibsondunn.com
Telephone: (303) 298-5700
Facsimile: (303) 296-5310
Attorneys for THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, *a New York Corporation*