## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

Amgen Manufacturing, Limited: Immunex
Rhode Island Corporation; and Amgen USA,
Inc.

      Plaintiffs

v.

The Trustees of Columbia University in the
City of New York, a New York Corporation,

      Defendant

Civil Action No:  04-12626-MLW

## NOTICE OF APPEARANCE

Please enter the appearance of Fred A. Kelly, Jr., Nixon Peabody LLP, 100 Summer

Street, Boston, MA 02110 for plaintiffs Amgen Manufacturing Limited, Immunex Rhode Island

Corporation and Amgen USA, Inc. in the above-captioned action.

Respectfully submitted,

Fred A. Kelly, Jr., BBO No. 544046
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Tel:  (617) 345-1000

Dated:  June 9, 2005