UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Amgen Manufacturing, Limited; Immunex Rhode Island Corporation; and Amgen USA Inc.,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>The Trustees of Columbia University in the City of New York, a New York corporation,<br><br>　　　　Defendant. | NO. 04-12626 MLW<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Judge Mark L. Wolf |

Plaintiffs, Amgen Manufacturing, Limited; Immunex Rhode Island Corporation, and Amgen USA Inc., and defendant, The Trustees of Columbia University in the City of New York, hereby stipulate pursuant to Rule 41(a)(ii) of the Federal Rules of Civil Procedure that this action is dismissed with prejudice, with all appeals waived and with each party to bear its own fees and costs.

Dated: July 13, 2005　　　　Respectfully submitted,

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　FRED A. KELLY, JR.
　　　　　　　　　　　　　　　Nixon Peabody LLP
　　　　　　　　　　　　　　　100 Summer Street
　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　Telephone: (617) 345-1000
　　　　　　　　　　　　　　　Facsimile: (617) 345-1300

10878753v2

KIRKE M. HASSON
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

Attorneys for Plaintiffs, AMGEN MANUFACTURING, LIMITED; IMMUNEX RHODE ISLAND CORPORATION, and AMGEN USA INC.

_Wayne M. Barsky      by A. Tussu_
WAYNE M. BARSKY
Gibson, Dunn & Crutcher LLP
2029 Century Park East
Los Angeles, CA 90067-3026
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

Attorneys for Defendant, THE TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party via first class mail, postage prepaid on July 13, 2005.

Thomas F. Maffei (BBO # 313220)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02210-2600
tmaffei@gtmllp.com
Telephone: (617) 542-9900
Facsimile: (617) 542-0900

Wayne M. Barsky
GIBSON, DUNN & CRUTCHER LLP
2029 Century Park East
Los Angeles, CA 90067-3026
wbarsky@gibsondunn.com
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

Amanda Tessar
GIBSON, DUNN & CRUTCHER LLP
1801 California Street, Suite 4100
Denver, CO 80202
atessar@gibsondunn.com
Telephone: (303) 298-5700
Facsimile: (303) 296-5310
Attorneys for THE TRUSTEES OF
COLUMBIA UNIVERSITY IN THE CITY
OF NEW YORK, *a New York Corporation*

_____
Fred A. Kelly, Jr.

BOS1499667.1